**No. 22-cv-1019-KAD**
**No. 22-cv-1028-KAD**

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

In re HO WAN KWOK, Debtor.

---

HO WAN KWOK, Appellant,

v.

LUC A. DESPINS, as CHAPTER 11 TRUSTEE, *et al.*, Appellees.

---

ON APPEAL FROM THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF CONNECTICUT

---

**NOTICE OF NON-PARTICIPATION OF**
**WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE**

---

| | |
|---|---|
| RAMONA D. ELLIOTT | WILLIAM K. HARRINGTON |
| Deputy Director/General Counsel | United States Trustee for Region 2 |
| P. MATTHEW SUTKO | KIM L. McCABE |
| Associate General Counsel | Assistant United States Trustee |
| | HOLLEY L. CLAIBORN |
| | Trial Attorney |
| | ANDREW D. VELEZ-RIVERA |
| | Trial Attorney |
| | |
| U.S. Department of Justice | U.S. Department of Justice |
| Executive Office for | Office of the United States Trustee |
|  United States Trustees | 150 Court Street |
| 441 G Street, NW, Suite 6150 | Room 302 |
| Washington, DC  20530 | New Haven, CT  06510 |
| Tel: (202) 307-1399 | Tel: (203) 773-2210 |
| Fax: (202) 307-2397 | Fax: (203) 773-2217 |

William K. Harrington, the United States Trustee for Region 2 ("United States Trustee") hereby gives notice of an intention to not participate in the bankruptcy appeals herein, designated as Case No. 22-cv-1019-KAD, and Case No. 22-cv-1028-KAD.

The appellant, Ho Wan Kwok, is an individual bankruptcy debtor who has filed an appeal of a discrete paragraph of the *Order Denying Motion for Relief from Judgment*.  In re Kwok, Bankr. No. 22-50073-JAM, Dkt. No. 667 (virtual, docket order).  Such appeal has been assigned Case No. 22-cv-1019-KAD in this Court.  The specific paragraph on appeal provides:

> ORDERED:  Although the Debtor did not seek to terminate the appointment of the Chapter 11 Trustee under 11 U.S.C. § 1105 or remove the Chapter 11 Trustee under 11 U.S.C. § 324, no grounds exist to terminate the appointment of Chapter 11 Trustee or remove the Chapter 11 Trustee appointed in the Debtor's case.

Mr. Kwok also has appealed the *Order, Pursuant to Bankruptcy Code Sections 363, 521, 541, 1108 and 1505, (A) Confirming that Chapter 11 Trustee Holds all of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign County on Behalf of Estate, and (C) Granting Related Relief*.  In re Kwok, Bankr. No. 22-50073-JAM, Dkt. No. 717 ("Trustee Governance Order").  Such appeal has been assigned Case No. 22-cv-1028-KAD in this Court.  The United States Trustee was not a party to the specific proceedings leading to the entry of the Trustee Governance Order and did not take a position on or otherwise procure the order in the bankruptcy court.

The United States Trustee will not participate in these appeals, unless so directed by this Court.

//

//

Dated:  January 16, 2023        Respectfully submitted,

WILLIAM K. HARRINGTON
United States Trustee for Region 2

**By:**   ***/s/ Holley L. Claiborn***
Holley L. Claiborn / ct17216
Trial Attorney

| | |
|---|---|
| RAMONA D. ELLIOTT | WILLIAM K. HARRINGTON |
| Deputy Director/General Counsel | United States Trustee for Region 2 |
| P. MATTHEW SUTKO | KIM L. McCABE |
| Associate General Counsel | Assistant United States Trustee |
| | HOLLEY L. CLAIBORN |
| | Trial Attorney |
| | ANDREW D. VELEZ-RIVERA |
| | Trial Attorney |

| | |
|---|---|
| U.S. Department of Justice | U.S. Department of Justice |
| Executive Office for | Office of the United States Trustee |
|  United States Trustees | 150 Court Street |
| 441 G Street, NW, Suite 6150 | Room 302 |
| Washington, DC  20530 | New Haven, CT  06510 |
| Tel: (202) 307-1399 | Tel: (203) 773-2210 |
| Fax: (202) 307-2397 | Fax: (203) 773-2217 |

## CERTIFICATE OF SERVICE

I certify that on January 16, 2023, the forgoing NOTICE OF NON-PARTICIPATION OF WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE was served by CM/ECF on the following:

Aaron Romney     aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Aubrey Mitchell     aaron@lmesq.com

Avram E Luft     aviluft@paulhastings.com

Douglas S. Skalka     dskalka@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net, smowery@npmlaw.com

Eric Alexander Henzy     ehenzy@zeislaw.com, cjervey@zeislaw.com

Holley Longshore Claiborn     Holley.L.Claiborn@usdoj.gov

Irve J. Goldman     igoldman@pullcom.com, rmccoy@pullcom.com

James C. Graham     jgraham@npmlaw.com, sgibbons@npmlaw.com

James M. Moriarty     jmoriarty@zeislaw.com, cgregory@zeislaw.com

John Louis Cesaroni     jcesaroni@zeislaw.com

Jonathan A. Kaplan     jkaplan@pullcom.com, prulewicz@pullcom.com

Luc Despins     lucdespins@paulhastings.com

Lucas Bennett Rocklin     lrocklin@npmlaw.com

Nicholas Bassett     nicholasbassett@paulhastings.com

Patrick Roberts Linsey     plinsey@npmlaw.com, karguello@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net

Stephen M. Kindseth     skindseth@zeislaw.com, cjervey@zeislaw.com

Steven E. Mackey      steven.e.mackey@usdoj.gov

By:      /s/ Holley L. Claiborn
         Holley L. Claiborn /ct 17216
         Trial Attorney
         Office of the United States Trustee
         Giaimo Federal Building
         150 Court Street, Room 302
         New Haven, CT 06510-7016
         (203) 773-2210
         Holley.L.Claiborn@usdoj.gov