## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No:  3:22-cv-1019 (KAD) |
| Debtor. | |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Fed. R. Bankr. Pro. 8023(a), Ho Wan Kwon, the Debtor and Appellant ("Appellant"), and Luc A. Despins, in his capacity as Chapter 11 Trustee of the Appellant's Bankruptcy Estate (the "Trustee" and collectively with Appellant the "Appeal Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, This appeal was commenced by the Appellant via the filing of a Notice of Appeal on August 9, 2022, which was superseded by an Amended Notice of Appeal dated August 10, 2022 ; and

**WHEREAS**, The Amended Notice of Appeal was filed to identify additional parties to the appeal, but the only parties that have participated in the appeal are the Appeal Parties;[1] and

**WHEREAS**, The appeal is fully briefed; and

**WHEREAS**, On April 14, 2023, this Court entered an order scheduling a telephonic status conference (the "Status Conference Order") for April 21, 2023, to discuss whether, as a result of certain intervening circumstances, this appeal had been rendered moot. The Court further advised

---

[1] On January 16, 2023, the United States Trustee filed a Notice of Non-Participation stating that the US Trustee's Office would not participate in the appeal unless directed to do so by the court. *See* ECF 25. The Official Committee of Unsecured Creditors and creditors Pacific Alliance Asia Opportunity Fund L.P. and Rui Ma did not file express non-participation statements but none have participated in the appeal.

the parties in the Status Conference Order that if they agree that the appeal may be dismissed "they may file a joint notice on or before April 20, 2023 and the telephonic conference will be cancelled."

**NOW, THEREFORE**, the Appeal Parties agree as follows:

1.  The appeal is and shall be dismissed and the Appeal Parties respectfully request entry of an order dismissing the appeal.

2.  Each Appeal Party shall bear his own costs and attorneys' fees incurred in connection with the Appeal.

Dated: Bridgeport, Connecticut, April 20, 2023

| | |
|---|---|
| THE DEBTOR AND APPELLANT, HO WAN KWOK<br><br>*/s/  Eric Henzy*<br>Eric Henzy (ct12849)<br>James M. Moriarty (ct21876)<br>ZEISLER & ZEISLER, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, Connecticut 06604<br>Tel.: (203) 368-4234<br>Email: ehenzy@zeislaw.com<br>        jmoriarty@zeislaw.com | CHAPTER 11 TRUSTEE AND APPELLEE, LUC A. DESPINS<br><br>/s/ *Patrick R. Linsey*<br>Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>Tel.: (203) 781-2847<br>Email: plinsey@npmlaw.com<br><br>*and*<br><br>Nicholas A. Bassett (admitted *Pro hac vice*)<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, D.C., 20036<br>Tel.: (202) 551-1902<br>Email: nicholasbassett@paulhastings.com<br><br>*and*<br><br>Avram E. Luft (admitted *pro hac vice*)<br>Douglass Barron (admitted *pro hac vice*)<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Tel.: (212) 318-6079<br>Email: aviluft@paulhastings.com<br>douglassbarron@paulhastings.com |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 20th day of April 2023, a copy of the foregoing Stipulation and Order for Voluntary Dismissal of Appeal was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Eric A. Henzy* (12849)
Eric A. Henzy